# United States Court of Appeals
## For the First Circuit

No. 01-2289

STEPHEN DAVID,

Petitioner, Appellant,

v.

TIMOTHY HALL,

Respondent, Appellee.

ERRATA

The opinion of this Court, issued on February 5, 2003, should be amended as follows.

On page 8, line 11 of 2nd paragraph, replace "creatively." with "flexibly.".